# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**M.H., THE FATHER,**
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **GUARDIAN AD LITEM PROGRAM,**
Appellees.

No. 4D19-2298

[November 22, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacey Schulman, Judge; L.T. Case No. 10-6628DP.

Thomas J. Butler of Thomas J. Butler, P.A., Miami Beach, for appellant.

Ashley Moody, Attorney General, and Carolyn Schwarz, Assistant Attorney General for appellee Department of Children and Families.

Thomasina Moore, Statewide Director, Statewide Guardian ad Litem Office, Tallahassee and Ryan C. Tyler, Boldt Law Firm, Boca Raton, for appellee Guardian ad Litem.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***